# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| vs. | ) | 2:11-cr-165 RLH-RJJ |
| BRENT EDWARD LOVETT, | ) ) | |
| Defendant. | ) ) | **ORDER** |

On June 10, 2011, the Federal Public Defender was appointed to represent Brent Edward Lovett. The court has been advised that a conflict exists.

Accordingly, IT IS HEREBY ORDERED that Krystallin D. Hernandez, Esq. is APPOINTED as counsel for Brent Edward Lovett in place of the Federal Public Defender for all future proceedings.

The Federal Public Defender shall forward the file to Ms. Hernandez forthwith.

DATED this 14th day of June, 2011.
Nunc Pro Tunc: June 13, 2011.

_____
Roger L. Hunt
UNITED STATES DISTRICT JUDGE