UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br><br>vs.<br><br>Brent Edward Lovett,<br>　　　　　Defendant. | District No.　2:11-CR-165-RLH-RJJ |

ORDER TEMPORARILY UNSEALING TRANSCRIPT

　　　　On April 2nd, 2012 Mr. Brent Edward Lovett ordered a Transcript of the hearing held on March 26th, 2012, in which **a portion of the hearing is sealed.**

　　　　**IT IS THE ORDER OF THE COURT** that the sealed portion of the recording shall be unsealed by the Clerk for the limited purpose of providing a transcript of the hearing as requested by Mr Lovett.

　　　　**IT IS FURTHER ORDERED** that the sealed portion of the recording shall thereafter be resealed by the Clerk, until further order of this Court.

　　　　**IT IS FURTHER ORDERED** that Mr. Lovett shall not disclose the sealed contents of the transcript to anyone other than the parties associated with this case.

　　　　DATED this ____ day of April, 2012.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Roger L. Hunt
　　　　　　　　　　　　　　　　　　　　　United States District Judge