## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>Brent Edward Lovett,<br><br>              Defendant. | District No.   2:11-CR-165-RLH-RJJ |

### ORDER TEMPORARILY UNSEALING TRANSCRIPT

    On June 25th, 2012 Mr. Brent Edward Lovett ordered a Transcript of the hearing held on June15th, 2012, in which **a portion of the hearing is sealed.**

    **IT IS THE ORDER OF THE COURT** that the sealed portion of the recording shall be unsealed by the Clerk for the limited purpose of providing a transcript of the hearing as requested by Mr Lovett.

    **IT IS FURTHER ORDERED** that the sealed portion of the recording shall thereafter be resealed by the Clerk, until further order of this Court.

    **IT IS FURTHER ORDERED** that Mr. Lovett shall not disclose the sealed contents of the transcript to anyone other than the parties associated with this case.

DATED this 28th day of June, 2012.

~~Roger L. Hunt~~
~~United States District Judge~~

**ROBERT J. JOHNSTON**

UNITED STATES MAGISTRATE JUDGE