UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                                        )<br>           Plaintiff,                        )<br>                                                        )<br>vs.                                                  )          2:11-cr-165-RLH-RJJ<br>                                                        )<br>BRENT EDWARD LOVETT,       )<br>                                                        )<br>           Defendant.                     )          ORDER<br>_____)  | |

On September 18, 2012, the court granted the "Motion to Withdraw" (#133) filed by Robert L. Langford, Esq. and Krystallin D. Hernandez, Esq.  The court ordered new counsel appointed. Therefore, with good cause appearing;

IT IS HEREBY ORDERED that Gabriel L. Grasso, Esq. is appointed as counsel for Brent Edward Lovett in place of Robert L. Langford, Esq. and Krystallin D. Hernandez, Esq. for all future proceedings.

IT IS FURTHER ORDERED that Mr. Langford and Ms. Hernandez shall forward the file to Mr. Grasso  forthwith.

DATED  this  18th         day of September,  2012.

Nunc Pro Tunc Date: September 17, 2012.

_____
ROGER L. HUNT
United States District Judge