**FILED**

OCT 2 5 2012

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BRENT EDWARD LOVETT,<br><br>　　　　Defendant. | 2:11-cr-165-RLH-RJJ<br><br><br><br>ORDER |

On October 22, 2012, Gabriel L. Grasso, Esq. was allowed to withdraw as counsel due to a conflict. Therefore, with good cause appearing;

IT IS HEREBY ORDERED that Thomas A. Ericsson, Esq. is appointed as counsel for Brent Edward Lovett in place of Gabriel L. Grasso, Esq. for all future proceedings.

IT IS FURTHER ORDERED that Mr. Grasso shall forward the file to Mr. Ericsson forthwith.

DATED this 25th day of October, 2012.

Nunc Pro Tunc Date: October 18, 2012.

ROGER L. HUNT
United States District Judge