UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  Plaintiff(s), )<br>                                   )<br>vs.                                  )<br>                                   )<br>**BRENT EDWARD LOVETT**, )<br>  Defendant(s). ) | 2:11-cr-165-RLH-CWH |

    This Court having ordered the jury impaneled in the above-entitled action to be kept together during period(s) of deliberation, now, therefore,

    IT IS ORDERED that all meals and lodging, if required, for said jury shall be paid by the Clerk of Court for February 27, 2013.

DATED this _26th_ day of _February,_ 2011.

_____
ROGER L. HUNT
U. S. DISTRICT JUDGE