**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:11-CR-165-RLH-(GWF) |
| BRENT EDWARD LOVETT, | ) |
| Defendant. | ) |

**PRELIMINARY ORDER OF FORFEITURE**

On February 27, 2013, defendant BRENT EDWARD LOVETT was found guilty of Count One of a One-Count Criminal Indictment charging him in Count One with Bank Fraud in violation of Title 18, United States Code, Section 1344 and is subject to the forfeiture of property set forth in the Forfeiture Allegations in the Criminal Indictment. Indictment, ECF No. 1; Jury Verdict, ECF No. 205.

This Court finds that BRENT EDWARD LOVETT shall pay a criminal forfeiture money judgment of $4,888,842.00 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 18, United States Code, Section 982(a)(2)(A).

. . .

. . .

. . .

. . .

1       THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from BRENT EDWARD LOVETT a criminal forfeiture money judgment in the amount of $4,888,842.00 in United States Currency.

      DATED this __4th__ day of _____March_____, 2013.

_____
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Heidi Skillin, certify that the following individuals were served with copies of the Preliminary Order of Forfeiture on March 1, 2013, by the below identified method of service:

Electronic Filing

Thomas A. Ericsson
Oronoz & Ericsson, LLP
700 South Third Street
Las Vegas, NV 89101
Email: tom@oronozlawyers.com
*Counsel for Brent Lovett*

/s/HeidiLSkillin
HEIDI L. SKILLIN
Forfeiture Support Associate Paralegal